UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13-cr-104-WTL-DKL-2 |
| v. ) | |
| ) | |
| AARON REED, ) | |
| ) | |
| Defendant. ) | |

**COURTROOM MINUTES FOR OCTOBER 27, 2014**
**CHANGE OF PLEA HEARING**
**HON. WILLIAM T. LAWRENCE, JUDGE**

GOVERNMENT APPEARS BY: Bradley Blackington
DEFENDANT IN PERSON AND WITH COUNSEL: Jeffrey Baldwin
COURT REPORTER: Cathy Jones

Hearing held on defendant's Petition to Enter a Plea of Guilty.

The Court inquires of the defendant if the defendant understands the rights that will be relinquished if the Court accepts the defendant's plea of guilty to Counts 3 and 7 of the Superseding Indictment. Being satisfied that the defendant is fully competent and able to enter an informed plea, that the defendant's plea is made knowingly and voluntarily and, after reviewing the stipulated factual basis for the plea and determining that the plea is supported by an independent basis in fact containing each of the essential elements of the offense charged, the Court ACCEPTS the plea of guilty to Counts 3 and 7 of the Superseding Indictment and adjudges the defendant guilty.

Sentencing to be reset under separate order.

Defendant released on previously-imposed conditions.

Court is adjourned.

Distribution to all registered counsel via electronic notification